*e-filed 10/30/07

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES T. CHOU (CABN 142123)
   SHAWNA YEN (CABN 224447)
5  Assistant United States Attorney

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5054
      Facsimile: (408) 535-5066
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,       )   CR 01-20154 JF
                                   )
14         Plaintiff,               )   STIPULATION TO CONTINUE
                                   )   HEARING ON DEFENDANT'S MOTION
15    v.                            )   TO SUPPRESS STATEMENTS AND
                                   )   [PROPOSED] ORDER
16 CUONG CHI VUONG,                )
                                   )
17         Defendant.               )
                                   )
18

19         It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.

20 Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Cuong Chi Vuong,

21 Vicki H. Young, Esq., that the date set for the hearing on the defendant's pretrial motion to

22 suppress statements be continued from November 14, 2007 to November 28, 2007 at 9:00 a.m.

23 This continuance is necessary because counsel for the government is unavailable on November

24 14, 2007, and the next available date for counsel is November 28, 2007.   Therefore the ends of

25 justice served by such a continuance outweigh the best interest of the public and the defendant in

26 a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

27         The parties stipulate that the time between November 14, 2007 and November 28, 2007

28

1  shall be excluded from the period of time within which trial must commence under the Speedy
2  Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section
3  3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  As required by 18
4  U.S.C. §3161(h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of
5  the public and the defendant in a speedy trial in order to ensure continuity of counsel.  18 U.S.C.
6  §3161(h)(8)(B)(iv).
7       Additionally, under title 18 U.S.C. § 3161(h)(1)(F), the period of delay resulting from
8  any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or
9  other prompt disposition of such motion, is excluded from the Speedy Trial calculation.  Since
10 Cuong Chi Vuong's Motion to Suppress Statements has been filed, but the hearing on the motion
11 has not been concluded, the period of time between November 14, 2007 and November 28, 2007
12 is excluded from the Speedy Trial clock.
13   It is so stipulated.

Respectfully submitted,

Dated:  10/25/07                SCOTT N. SCHOOLS
                                UNITED STATES ATTORNEY


                                     /S/
                                _____
                                JAMES T. CHOU
                                SHAWNA YEN

Dated: 10/25/07
                                     /S/
                                _____
                                VICKI H. YOUNG, ESQ.
                                MARK D. EIBERT, ESQ.
                                Attorneys for Cuong Chi Vuong

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20154 JF |
|       Plaintiff, ) | [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |
|       v. ) | |
| CUONG CHI VUONG, ) | |
|       Defendant. ) | |

     Based on the stipulation of the parties and for good cause shown,

     IT IS HEREBY ORDERED that the hearing on defendant Cuong Chi Vuong's motion to suppress statements is continued from November 14, 2007 to November 28, 2007 at 9:00 a.m.

     IT IS FURTHER ORDERED that the period of time from November 14, 2007 through and including November 28, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The basis for such exclusion is the government counsel is unavailable on November 14, 2007, and the next available date is November 28, 2007. The Court finds that

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial to ensure continuity of counsel.

In addition, the time between November 14, 2007 and November 28, 2007 is excludable under title 18 U.S.C. § 3161 (h)(1)(F), which provides that the period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of such motion, is excluded from the Speedy Trial calculation. Since Cuong Chi Vuong's Motion to Suppress Statements has been filed, but the hearing on the motion has not been concluded, the period of time between November 14, 2007 and November 28, 2007 is excluded from the Speedy Trial clock.

Dated this  29th  day of October, 2007.

_____
JEREMY FOGEL
United States District Judge

4